UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COOK, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF ONTARIO; CHUEN TSANG; CODY WYRICK-SMITH; BORIS ZEISSIG; WILLIAM MLODZINSKI; PATRICK WOOLWEAVER; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  5:25-cv-00264-KK (DTBx) <br><br> **ORDER RE STIPULATION FOR DISMISSAL, WITH PREJUDICE** |

Pursuant to the Stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above captioned action be and hereby is dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: June 26, 2026

_____
THE HONORABLE KENLY KIYA KATO,
UNITED STATES DISTRICT JUDGE

**ORDER RE STIPULATION FOR DISMISSAL, WITH PREJUDICE**